ROBERT W. WALKER, Plaintiff-Appellant, *v.* LORETTA WALKER, Defendant-Appellee.

(No. 56481; )

First District—June 1, 1971.

Opinion by Mr. PRESIDING JUSTICE McGLOON.

Robert W. Walker, *pro se.*

Harry X. Cole, of Chicago, (Harry G. Fins, of counsel,) for appellee.